MD 1

RECEIVED

2022 DEC 12  P 12: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Brant William Jacoby )
Full name and prison name of )
Plaintiff(s) )
)
)
v. )
)
Warden Thompkins, Warden )
Lamar, Mr. Turner (Mental )
Health), Officer Crimes and )
Officer Boynes, Ms. Vittor )
(Mental Health) )
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 2:22-CV-0696-MHT-CSC
(To be supplied by Clerk of U.S. District
Court)

Imminent Danger Claim

Jury Trial Demanded

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or
      similar facts involved in this action? YES ☐ No ☑

B.    Have you begun other lawsuits in state or federal court relating to your
      imprisonment?      YES ☑      NO ☑

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
      is more than one lawsuit, describe the additional lawsuits on another piece of paper,
      using the same outline.)

      1.    Parties to this previous lawsuit:

            Plaintiff(s) _____See Back of Page:_____

            _____

            Defendant(s) _____

            _____

      2.    Court (if federal court, name the district; if state court, name the county)

            _____

            _____

JS 12/12/2022

I Have 3 strikes AlReAdy under the Prison Litigation Reform Act and can only File Imminent Danger Claims

#1) Jacoby V. Lanier et. al, #2:19-CV-01067 (MDAC) STill pending

#2) Jacoby V. Gordy et. al, #2:21-CV-0723 (MDAC) STill pending

#3) Jacoby V. Gordy et. al, #2:22-CV-393 (mD AC) STill pending

#4) Jacoby V. Hamm et. al, #2:22-CV-0411 (MDAC) STill pending

#5) Jacoby V. Wexford Health et. al, #2:21-CV-00170 (mDAC) STill pending

#6) Jacoby V. Al D.O.C. et. al, #2:22-CV-0391 (mD AC) (STill pending)

#7) Jacoby V. Jeff Dunn et. al, #2:21-CV-843 (mDAC) (STill pending)

#8) Jacoby V. Dunn et al, #2:21-CV-344 (mDAC) STill pending

#9) Jacoby V. West et. al, #2:21-CV-0831 (mDAC) STill pending

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Bullock Corr. Fac.*
    *104 Bullock Drive  Union Springs Al 36089*
    PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Bullock*
    _____

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. *Warden Lamar*                *Bullock Corr. Fac.*
2. *Warden Thompkins*            *104 Bullock Drive*
3. *Mr Turner*                   *Union Springs Al 36089*
4. *Officer Boynes*
5. *Officer Crines*
6. *Ms. Vittor*

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *October 26, 2022*
    *UP TO November 10, 2022*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

   GROUND ONE: *See Attached*
   *8th Amendment Claim for Failing to Protect.*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

*See Attached*

GROUND TWO: *8th Amendment Claim for Unsafe and Violent Prison Conditions*

SUPPORTING FACTS: *See Attached*

GROUND THREE: *8th Amendment Claim for Deliberately Failing to Follow Policies Rules and Regulations of The Alabama Dept. of Corrections.*

SUPPORTING FACTS:

*See Attached*

ON OR ABOUT November 1, 2022 while at Bullock Corr. Fac.
Brent William Jacoby was in G-1 Dorm sleeping on a Top Bunk Bed
Second to last Bed from the Back of the Dorm when he was Violently
Assaulted in his sleep at roughly 9:00 Am to 10:00 Am.

This began the start of Numerous assaults on Him in a weeks
period Dating From November 1, 2022 up to November 10th, 2022.

Everyday Starting From November 1, 2022 Jacoby was Violently Assaulted
And Jumped on by numerous inmates. Sometimes 1 or 2 Times a day
in G-1 Dorm and its all on the G-1 Dorm Cameras. This went on
From November 1, 2022 and again on November 2nd, 3rd, 4th and or
the 5th of November 2022 until ABOUT 12:00 Am to 1:00 Am when
Lt. Lynn got Jacoby out of G-1 Dorm And Sent Him to F-2 Dorm.

Jacoby Went on Suicide Watch to the Blue Building H-dorm on or
ABOUT October 26th, 2022 because he was having Issues in General
population was Being extorted by Inmates who wanted him to get on
the Cellphone and run credit card Skits for them on Familiers in Society
And Stores. Jacoby didn't want to do this, he was still having a Hard Time
with His mother Death and dealing with it mentally and dealing with
His Cancer Issues and being Set off for parole for 5 more years.
Mr. Turner put Jacoby on Suicide Watch and came to the door and
Verbally Started Assaulting Jacoby with derogatory Racist Comments
ABOUT him being "White" a "Homosexual" and told Jacoby He doesn't Run
Anything Around Here. Turner put Jacoby in a Cell that was Covered
in Another mans "Shit" "Feeces" all over the Wall and Floor and
would not get it Cleaned Before Jacoby was put in there. The Cameras
And mental Observers in H-dorm Witnessed this, recorded this and
Documented this on October 26th, 2022.

Mr. Turner deliberately moved Another Inmate out of that Cell
and knew it was Filthy with his "Feeces" "Shit" all over it Just to
put Jacoby in there to Suffer even more mental Anguish than he
was already going through. Mr. Turner said I Remember your Ass
Tried to sue me years ago When I Shot you up with drugs and
If you don't get off the door and Lay down I'm gonna shoot
you up Again. Jacoby And Turner Had more derogatory words to
one another and he said "im gonna Fix your Ass" and "Have you

_beat up when you go back to population if you keep_ Running
your mouth". A Few words were exchanged, Turner said "Sleep
In Shit Till Monday" (October 31, 2022).

Jacoby slept in this contaminated cell until Sunday October 30,
2022 when a officer moved him to Another cell.

Turner walked by Jacobys new cell on Monday October 31, 2022
Around 8:00am And Released Jacoby to F-1 Dorm In population
Around 9:00 Am and told him to "be SAFE"!!

Jacoby Feels like Turner was behind all the Violent Assaults
on Him From November 1, 2022 up to October on or About
November 4, 2022 Around 11:00 - 11:59 pm and Again In F-2
Dorm on or About November 10, 2022.

Even though Jacoby was assigned to F-1 Dorm on or About
October 31, 2022 He could not get on his Assigned bed because the
Inmate Would not get off of it. Jacoby Had to Find A Bed open
In B-1 Dorm And Beg the Inmates to let him sleep there. Thats
Why Jacoby Was In B-1 Dorm. Half the population In Bullock
is not on there Assigned Beds and Roughly one Fourth of the
population Isn't even In their assigned Dorms.

Jacoby Told officer Boynes and officer Crimes that Inmates
Kept Assaulting him while he was In B-1 Dorm and needed protective
custody a couple of times between November 1, 2022 and November
4th, 2022. Officer Boynes and crimes Refused to Contact the
Shift Commanders and Report the Violent Assaults on him and kept
making Jacoby go back in the Dorm and denieng him protective custody
Jacoby Is even seen Running out the Dorm Bleeding and with Bruises
all over Him Begging for help and protection on the B-1 cameras
And In the Lobby/Hallway, Crimes and Boynes Denieng Him and Forcing
him back into the Dorm.

Jacoby Reported these Assaults on the wall phone on the P.R.E.A.
Hotline Several times, And being Scared For His Life even Saying
MR. Turner Had A "Hit" on him and was behind these Violent Assaults
causing him 2 Black eyes Busted Lip and Bruises all over His body.

turning him into A WALKING Bruise. Between November 2nd and on the 10th 2022 Jacoby made Roughly 5 or 6 calls on the Hotline to P.R.E.A. Reporting these Inmates and MR. Turner. Jacoby even told Mental Health MS. Vittor Whom is his mental Health Case worker And the P.R.EA Compliance Manager Several times He needed protection didn't feel safe in population And Needed to be transfered because He felt Like MR. TURNER WAS Behind Him being violently ASSAULTED. Jacoby even Wrote statements For them but Again MS. Vittor and the P.R.EA compliance Manager Refused to protect Jacoby and have him Locked up and or TRANSFERED.

Jacoby Ran out the Dorm of G-1 on or ABout November 4th 2022 Between Roughly 10:00 pm and 11:59 pm all the way to Medical After He was ASSAULTED by Inmates Again. A Body CHART WAS Half done on Him and again Jacoby was sent back to population to G-1 and Denied protective Custody. THE CAMERA IN G-1, the Hallways all the way to Medical and Medical prove this. Lt. Lynn was Nice enough to come Around Around 11:30 Pm on Nov. 4th 2022 up to Around 12:30 Am November 5th 2022 And move Jacoby to F-2 Dorm to Find A Bed to get on And the CAMERAS PROVE this.

Jacoby Kept Reporting these Assaults on him to those defendants Even Warden THompkins But Again Warden thompkins Would not Put Jacoby In protective Custody OR TRANSFER Him. Jacoby Wrote Warden THompkins Warden LAMAR and Letter to Mental Health Reporting these Assault on him and making paper TRAILS But not One Single Defendant protected him and All defendants Herein Were deliberately Indifferent to Jacoby safety, well being and Health and Failed to protect him. All policies of Al. D.O.C. Were Violated And not Followed pertaining to procedures to Follow When Inmates ARE ASSAULTED by other Inmates. Not one single defendant Followed Policy by doing an Investigation, Writing disciplinary Infraction on these Inmates, Looked at the CAMERAS and locked Jacoby or these Inmates up pending A Investigation And Hearing. All defendants continued to Violate Policies, continued to House

Jacoby In a Unsafe Enviorement despite his pleas for help and protection and were deliberately Indifferent towards his safety, Wellbeing and Health. All defendants Were in Cahoots In trying to cover these Violent Assault on Jacoby up- ON OR About November 10, 2022 Jacoby was Again Assaulted IN F-2 Doorm or ON November 9th 2022 At Roughly 9:00 Am to 1:00 pm and can be seen Running through the Doorm and Showear Trying to get away then again being punched on In the Cage by another Inmate. Nobody Would Tell him Why He kept getting violently Assaulted. Again on November 10th 2022 Jacoby told the P.R.E.A. compliance Manager he felt Turner was behind it, Ms Vittor and Warden Thompkins What was going on, Wanted to press Charges, point all these Inmates out to them and demanded protective Custody And to Talk to Investigations and Intelligence Division for the Alabama Dept. of Corrections. Jacoby Wrote I and I for the Al.D.O.C. two times About everything Here in and still No Response. Warden Thompkins and Lamar Are not making Sure officers Are Staying In the Doorms and making Rounds in the Doorms. to keep Inmates Safe and prevent these Violent Assaults. The Cameras prove officers Arent even Around and there Isnt even enough officers working these Shifts at Bullock to keep inmates Safe and to prevent most of the Violence especially to Jacoby. There Isnt even enough officers employed to Run the prison on each Shift and this is the main cause of all the Violence and those Doorms Being So unsafe and Violent. The Cameras prove this.

Its because of all these defendants deliberate Indifference to Jacobys 8th Amendment Rights of the United States Constitution, Violating his Rights under the United States Constitution, Failure to Follow Policies, Failure

To Protect him and housing him in Unsafe and Violent prison Conditions that Jacoby was Subjected to Cruel And unusual punishment, violently Assaulted and turned into A Walking Bruise and had to Suffer physical pain and Emotional distress

Jacoby was not protected as policy demands under the Al. D.O.C. And everyday that he is housed at Bullock Corr. Fac. his Life will Continue to be in Imminent Danger

Jacoby has wrote the Investigation and Intelligence Division twice Already by mail and once through the P.R.E.A Manager At Bullock Corr. Fac. From on or About November 10 2021 upto on or About November 28th 2022 and Commissioner John Hamm of the Al. D.O.C. For Help and to get copies of the Video Surveillance Cameras In the Dorm so that IT can be obtained For this Court and as evidence for Trial and So they can investigate everything Jacoby Spoke About Herein but to this day has yet to get a Response much less See them.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Award Punitive Damager against All Defendants in thier
Individual Capacities Jointly and Severally
In the amount of $500,000 ⁰⁰ and $3,000 ⁰⁰ A
month every month for the Rest of my Life
as long as im in prison serving this Life Sentence
until I Am Released. I also want a Jury Trial

_____
Signature of plaintiff(s)
    BRent Jacoby

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11-28-2022
                (Date)

_____
Signature of plaintiff(s)
    BRent Jacoby

Sworn Declaration
I Brent Jacoby Declare under the penalty of perjury
Im telling the truth Herein and everything Stated Herein is
Based on Information I Believe to be true. I am over
18 years old.
                    11-28-2022        Respectfully Submitted
                                        BRent Jacoby

Certificate of Service
I Brent Jacoby did on this 30th day of November
2022 give the lock up unit officers a copy of 1983 Action
to be put in the prison mailBox to be Sent out to
the United States Post office for Delivery to;
    United States District Court one Church Street
Suite B110 montgomery Al 36104
                    11-30-2022    BRent Jacoby

BRENT Jacoby #291560
Bullock Corr. Fac.
104 Bullock Drive
Union Springs, Al 36089



MONTGOMERY AL 360
9 DEC 2022 PM

FIRST-CLASS

US POSTAGE (M) PITNEY BOWES

ZIP 36089
02 7H
0001313435

$ 001.05⁰

DEC 09 2022

Legal Mail

United STATES DISTRICT COURT
ONE CHURCH STREET SUITE B-110
Montgomery, Al 36104

36104-401801

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF ENCLOSED COMMUNICATION

LEGAL MAIL!