IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT WILLIAM JACOBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:22cv696-MHT |
| BRIAN THOMPKINS, in his individual capacity, et al., | ) ) ) | (WO) |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit alleging Eighth Amendment violations for failure to protect from assault, unsafe conditions of confinement, and failure to follow agency rules and regulations.

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation, which are conclusory and unspecific in nature. After an independent and *de novo* review of the record, the

court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

In adopting the magistrate judge's recommendations, which call for dismissal without prejudice because the plaintiff did not pay the mandatory filing and administrative fees, the court notes expressly that such dismissal is not a reflection on the merits of the plaintiff's claims and that he can refile his suit, if otherwise appropriate, if he pays the mandatory fees.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2023.

                      /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**