IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT WILLIAM JACOBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:22cv696-MHT |
| BRIAN THOMPKINS, in his individual capacity, et al., | ) ) ) | (WO) |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 4) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 3) is adopted.

(3) Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is denied.

(4) This lawsuit is dismissed with our prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of July, 2023.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE